IN RE:   ROSALIND D. BROWN

BANKRUPTCY NO:   04-03521

ACCOUNT NO:   ~~XXX~~

## STATEMENT OF ACCOUNT DECLARATION

According to information obtained from computerized records in the Centralized Servicing Center, United States Department of Agriculture, The status of payments on the account of the above referenced borrower(s) is as follows:

The **last payment** made on this account was $ 1,038.74 made on March 11, 2004.

The monthly payment due **under the note** is: $ 1069.51

The monthly payment due **currently** is: $ 1069.51

The **principal** balance due is: $ 116,748.98

the current **interest** balance due is: $ 44,571.18

The interest credit subject to **recapture** amount due is: $ 33,525.86

The total **administrative fees** due is: $ 15,714.15

The current post-petition **delinquency** amount is $ 40,571.10

The **daily interest accrual rate**, after the date below, is $ 23.45

The above information is current **as of** December 28, 2009

This information was obtained by Darryl Lindsey, who is employed with the Centralized Servicing Center in St. Louis, Missouri as a Bankruptcy Processor. Attached to this declaration is work sheet which contains the account information prepared by me upon which this declaration is based

Under penalty of perjury, I affirm and declare that this information is true and correct to the best of my knowledge and belief.

*[Signature]*   December 28, 2009
Name   Date

GOVERNMENT EXHIBIT A

## Motion Work Sheet

| CUSTOMER NAME | Rosalind Brown | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | ███ | | | | | | | | |
| DATE OF FILING | 09/28/04 | | | BKR CASE # | 04-03521 | | | | |

| POST - PETITION PAYMENTS DUE ||||| POST-PETITION PAYMENTS || PRE-PETITION PAYMENTS ||
| Payment Due Date | Principal & Interest + | Escrow Payments + | Amortized Fees = | Total AMT DUE | Paid by Borrower || Paid by Trustee ||
| | | | | | DATE RCV'D | AMT RCV'D | DATE RCV'D | AMT RCV'D |
|---|---|---|---|---|---|---|---|---|
| 10/23/2004 | $408.03 | $111.34 | | $519.37 | | | | |
| 11/23/2004 | $408.03 | $111.34 | | $519.37 | | | | |
| 12/23/2004 | $408.03 | $235.35 | | $643.38 | | | | |
| 1/23/2005 | $408.03 | $235.35 | | $643.38 | | | | |
| 2/23/2005 | $408.03 | $235.35 | | $643.38 | | | | |
| 3/23/2005 | $408.03 | $235.35 | | $643.38 | | | | |
| 4/23/2005 | $408.03 | $235.35 | | $643.38 | | | 6/2/2005 | $1,419.21 |
| 5/23/2005 | $408.03 | $235.35 | | $643.38 | | | 6/30/2005 | $298.75 |
| 6/23/2005 | $408.03 | $235.35 | | $643.38 | | | 8/2/2005 | $219.85 |
| 7/23/2005 | $408.03 | $235.35 | | $643.38 | | | 9/19/2005 | $212.33 |
| 8/23/2005 | $408.03 | $235.35 | | $643.38 | | | 10/13/2005 | $298.75 |
| 9/23/2005 | $408.03 | $235.35 | | $643.38 | | | 10/29/2005 | $212.33 |
| 10/23/2005 | $408.03 | $235.35 | | $643.38 | | | 12/1/2005 | $212.33 |
| 11/23/2005 | $408.03 | $235.35 | | $643.38 | | | 12/29/2005 | $332.03 |
| 12/23/2005 | $408.03 | $235.35 | | $643.38 | | | 2/7/2006 | $345.66 |
| 1/23/2006 | $408.03 | $235.35 | | $643.38 | | | 3/15/2006 | $432.08 |
| 2/23/2006 | $408.03 | $241.59 | | $649.62 | | | 4/10/2006 | $345.66 |
| 3/23/2006 | $408.03 | $241.59 | | $649.62 | | | 4/28/2006 | $345.66 |
| 4/23/2006 | $408.03 | $241.59 | | $649.62 | | | 5/31/2006 | $345.66 |
| 5/23/2006 | $408.03 | $241.59 | | $649.62 | | | 6/28/2006 | $345.66 |
| 6/23/2006 | $408.03 | $241.59 | | $649.62 | | | 7/31/2006 | $432.08 |
| 7/23/2006 | $408.03 | $241.59 | | $649.62 | | | 8/31/2006 | $259.25 |
| 8/23/2006 | $408.03 | $241.59 | | $649.62 | | | 9/27/2006 | $439.12 |
| 9/23/2006 | $408.03 | $241.59 | | $649.62 | | | | |
| 10/23/2006 | $408.03 | $241.59 | | $649.62 | | | 11/1/2006 | $518.47 |
| 11/23/2006 | $408.03 | $241.59 | | $649.62 | | | 11/30/2006 | $345.64 |
| 12/23/2006 | $408.03 | $241.59 | | $649.62 | | | 12/28/2006 | $345.64 |
| 1/23/2007 | $408.03 | $241.59 | | $649.62 | | | 1/31/2007 | $518.47 |
| 2/23/2007 | $408.03 | $241.59 | | $649.62 | | | 2/27/2007 | $345.64 |
| 3/23/2007 | $408.03 | $241.59 | | $649.62 | | | 3/30/2007 | $345.64 |
| 4/23/2007 | $408.03 | $184.84 | | $592.87 | | | 5/3/2007 | $345.64 |
| 5/23/2007 | $408.03 | $184.84 | | $592.87 | | | 5/31/2007 | $345.64 |

*Audit by Darryl Lindsey*     Completed 12/28/2009     Page 1 of 3

## Motion Work Sheet

| Date Due | | | | | | |
|---|---|---|---|---|---|---|
| 6/23/2007 | $408.03 | $184.84 | $592.87 | | 6/28/2007 | $345.64 |
| 7/23/2007 | $408.03 | $184.84 | $592.87 | | 7/31/2007 | $518.47 |
| 8/23/2007 | $408.03 | $184.84 | $592.87 | | | |
| 9/23/2007 | $408.03 | $184.84 | $592.87 | | 9/4/2007 | $356.92 |
| | | | | | 9/26/2007 | $345.63 |
| 10/23/2007 | $408.03 | $184.84 | $592.87 | | | |
| 11/23/2007 | $408.03 | $184.84 | $592.87 | | 11/1/2007 | $345.65 |
| | | | | | 11/30/2007 | $345.64 |
| 12/23/2007 | $408.03 | $184.84 | $592.87 | | 12/27/2007 | $345.64 |
| 1/23/2008 | $408.03 | $184.84 | $592.87 | | 1/31/2008 | $18.93 |
| 2/23/2008 | $408.03 | $184.84 | $592.87 | | | |
| 3/23/2008 | $408.03 | $184.84 | $592.87 | | | |
| 4/23/2008 | $408.03 | $184.84 | $592.87 | | | |
| 5/23/2008 | $408.03 | $184.84 | $592.87 | | | |
| 6/23/2008 | $408.03 | $184.84 | $592.87 | | | |
| 7/23/2008 | $408.03 | $184.84 | $592.87 | | | |
| 8/23/2008 | $408.03 | $193.31 | $601.34 | | | |
| 9/23/2008 | $408.03 | $193.31 | $601.34 | | | |
| 10/23/2008 | $408.03 | $193.31 | $601.34 | | | |
| 11/23/2008 | $408.03 | $193.31 | | | | |
| 12/23/2008 | $530.93 | $193.31 | $724.24 | | | |
| 1/23/2009 | $530.93 | $193.31 | $724.24 | | | |
| 2/23/2009 | $530.93 | $193.31 | $724.24 | | | |
| 3/23/2009 | $530.93 | $193.31 | $724.24 | | | |
| 4/23/2009 | $530.93 | $193.31 | $724.24 | | | |
| 5/23/2009 | $530.93 | $193.31 | $724.24 | | | |
| 6/23/2009 | $530.93 | $193.31 | $724.24 | | | |
| 7/23/2009 | $530.93 | $193.31 | | | | |
| 8/23/2009 | $530.93 | $219.35 | $750.28 | | | |
| 9/23/2009 | $530.93 | $219.35 | $750.28 | | | |
| 10/23/2009 | $530.93 | $219.35 | $750.28 | | | |
| 11/23/2009 | $530.93 | $219.35 | $750.28 | | | |
| 12/23/2009 | $530.93 | $219.35 | $750.28 | | | |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $0.00 | | | |

| Non Amortized Fees: | | |
|---|---|---|
| Fee Description | | Total Due |

Pre-petition foreclosure expenses removed from post

*Audit by Darryl Lindsey*    Completed 12/28/2009    Page 2 of 3

Motion Work Sheet

| | | | |
|---|---|---|---|
| petition due and added to claim. --------------> | - | | $40,571.10 |
| Negative Escrow Fees Removed from Amount due & shown Below for Accounting Purposes Only.--------> | - | | $0.00 |
| | | | $40,571.10 |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| TOTAL AMOUNT DUE FROM DEBTOR SINCE BANKRUPTCY FILING | | 62.45 MONTHS OF PAYMENTS |
| TOTAL AMOUNT PAID BY DEBTOR SINCE BANKRUPTCY FILING | | $649.62 CURRENT MONTHLY PAYMENT |
| TOTAL AMOUNT THE DEBTOR IS DELINQUENT SINCE BANKRUPTCY FILING | | |
| | | |
| ORIGINAL PROOF OF CLAIM ARREARAGE | $12,229.71 | |
| PRE-PETITION FEES ADDED TO CLAIM | $0.00 | |
| **AMENDED PROOF OF CLAIM** (if applicable) | **$12,229.71** | |
| TOTAL TRUSTEE PAYMENTS | $12,229.71 | |
| LESS ESCROW SHORTAGE | $0.00 | |
| TOTAL PRE-PETITION BALANCE DUE | | $0.00 |
| | | |
| TOTAL ESCROW ADVANCES (listed above) | | $40,571.10 |
| | | -$40,571.10 |
| TOTAL ACCOUNT DELINQUENCY | | $0.00 |

Audit by Darryl Lindsey         Completed 12/28/2009         Page 3 of 3