Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 04-03521-5-JRL
Judge: J. RICH LEONARD
Dated: March 24, 2010

In Re:

ROSALIND DEVORA BROWN
2 ORION CIRCLE
ROUGEMONT, NC  27572

SSN (1): XXX-XX-2210

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee, the debtor(s) and counsel for the debtor(s). If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.

1. The case was filed on September 28, 2004 and confirmed on April 15, 2005.
   The case was subsequently Completed (J) on March 23, 2010.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $23,751.15.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| JOE WEINBERGER, JR | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| USDA RURAL HOUSING SERVICE | DIRECT | $152,360.32 | $0.00 | $0.00 | $0.00 |
| NC DEPT OF REVENUE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NC DEPT OF REVENUE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PROVIDIAN NATIONAL BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICREDIT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AVCO FINANCIAL SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| USDA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NC DEPARTMENT OF REVENUE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| USDA RURAL HOUSING SERVICE | ARREARS MORTGAGES/MOBILE HOMES | $12,229.71 | $12,229.71 | $0.00 | $0.00 |
| CREDIT BUREAU OF GREENSBORO | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CSDDUR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CSDDUR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DURHAM REGIONAL HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FMCC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| KROSS, LIEBERMAN & STONE, INC | UNSECURED | $802.68 | $43.37 | $0.00 | $759.31 |
| NEWPORT NEWS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NCESC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $1,298.08 | $70.13 | $0.00 | $1,227.95 |
| REAL TIME RESOLUTIONS, INC. | UNSECURED | $47,958.37 | $1,769.28 | $5,151.45 | $46,189.09 |
| VAN RU CREDIT CORP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ROUNDUP FUNDING, LLC | UNSECURED | $7,463.77 | $403.24 | $0.00 | $7,060.53 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $215.92 | $11.67 | $0.00 | $204.25 |
| PUBLISHERS CLEARING HOUSE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| DUKE PRIVATE DIAGNOSTIC CLINIC | UNSECURED | $1,165.99 | $62.99 | $0.00 | $1,103.00 |
| US ATTORNEY'S OFFICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| US ATTORNEY'S OFFICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK FIRST/ACTION CARD | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DUKE UNIVERSITY FEDERAL CREDIT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LONG BEACH ACCEPTANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HUTSON HUGHES & POWELL, PA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHRISTOPHER LEWIS WHITE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DURHAM COUNTY TAX COLLECTOR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JC PENNEY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

4.  Summary of disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $164,590.03 | $0.00 | $58,904.81 | $0.00 | $223,494.84 |
| **Principal Paid** | $12,229.71 | $0.00 | $2,360.68 | $0.00 | $14,590.39 |
| **Interest Paid** | $0.00 | $0.00 | $5,151.45 | $0.00 | $5,151.45 |

5.  Costs of Administration:
    The clerk was paid $0.00 for the filing fee.
    The debtor's attorney was allowed $2,100.00 and was paid $2,100.00.
    The Trustee was paid $0.00 for the cost of mailing notices in the case.
    The Trustee was paid $953.58 for expenses and $953.58 for compensation pursuant to 11 USC § 1326.
    Refunds to the debtor total $2.15.

6.  The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

    Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc: ROSALIND DEVORA BROWN

JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS RD.
RALEIGH, NC  27615

Dated: March 24, 2010

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box  61039
Raleigh, NC  27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ROSALIND DEVORA BROWN                              CASE NUMBER: 0403521
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _03/25/2010_ :

By First Class Mail :

AMERICREDIT, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 183853, ARLINGTON, TX  76096 -
AVCO FINANCIAL SERVICES, PO BOX 200442, DALLAS, TX  75320-0442,  -
BANK FIRST/ACTION CARD, ATTN: MANAGING AGENT, PO BOX 5052, SIOUX FALLS, SD  57117-5052 -
CAPITAL ONE, PO BOX 85167, BANKRUPTCY DEPARTMENT, RICHMOND, VA  23285 -
CHRISTOPHER LEWIS WHITE, ATTORNEY AT LAW, POST OFFICE BOX 31428, RALEIGH, NC  27622-1428 -
CREDIT BUREAU OF GREENSBORO, POST OFFICE BOX 26140, GREENSBORO, NC  27402-0040,  -
CSDDUR, PO BOX 530, DURHAM, NC  27702,  -
DUKE PRIVATE DIAGNOSTIC CLINIC, PO BOX 900002, RALEIGH, NC  27675-9000,  -
DUKE UNIVERSITY FEDERAL CREDIT, 1400 MORREENE ROAD, DURHAM, NC  27705,  -
DURHAM COUNTY TAX COLLECTOR, PO BOX 1309, DURHAM, NC  27702-1309,  -
DURHAM REGIONAL HOSPITAL, AND EMERGENCY MEDICAL SERVICE, PO BOX 2568, RALEIGH, NC  27602 -
ECAST SETTLEMENT CORPORATION, P. O. BOX 35480, NEWARK, NJ  07193-5480,  -
FMCC, DRAWER 55-953, P.O. BOX 55000, DETROIT, MI  48255-0953 -
HUTSON HUGHES & POWELL, PA, PO DRAWER 2252-A, DURHAM, NC  27702,  -
INTERNAL REVENUE SERVICES, SPECICAL PROCEDURES FUNCTION, 320 FEDERAL PLACE, RM 335, GREENSBORO, NC  27401 -
JC PENNEY, PO BOX 533, DALLAS, TX  75221-9913,  -
JOE WEINBERGER, JR, POST OFFICE BOX 1215, DURHAM, NC  27702,  -
JOHN T. ORCUTT, ATTORNEY AT LAW, 6616-203 SIX FORKS RD., RALEIGH, NC  27615 -
KROSS, LIEBERMAN & STONE, INC, PO BOX 17449, RALEIGH, NC  27619-7449,  -
LONG BEACH ACCEPTANCE, ONE MACK CENTRE DRIVE, BUILDING II, PARAMUS, NJ  07652 -
NC DEPARTMENT OF REVENUE, PO BOX 1168, RALEIGH, NC  27602-1168,  -
NC DEPT OF REVENUE, C/O NC DEPARTMENT OF JUSTICE, PO BOX 629, RALEIGH, NC  27602-0629 -
NC DEPT OF REVENUE, C/O REGINALD S. HINTON, PO BOX 25000, RALEIGH, NC  27640-5000 -
NCESC, PO BOX 26504, RALEIGH, NC  27611,  -
NEWPORT NEWS, % ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK, NJ  07193-5480 -
PROVIDIAN NATIONAL BANK, PO BOX 24224, LOUISVILLE, KY  40224-4224,  -
PUBLISHERS CLEARING HOUSE, 382 CHANNEL DRIVE, BANKRUPTCY DEPARTMENT, PORT WASHINGTON, NY  11050 -
REAL TIME RESOLUTIONS, INC., ATTN:  MANAGER OR REG. AGENT, 1750 REGAL ROW, SUITE 120, DALLAS, TX  75235 -
ROSALIND DEVORA BROWN, 2 ORION CIRCLE, ROUGEMONT, NC  27572,  -
ROUNDUP FUNDING, LLC, MS 550, PO BOX 91121, SEATTLE, WA  98111-9221 -
US ATTORNEY`S OFFICE, MIDDLE DISTRICT, PO BOX 1858, GREENSBORO, NC  27502-1858 -
USDA RURAL HOUSING SERVICE, CHAPTER 13 BANKRUPTCY PAYMENTS, PO BOX 790190, ST. LOUIS, MO  63166-0190 -
USDA, ATTN: BANKRUPTCY DEPT, PO BOX 66879, SAINT LOUIS, MO  63166 -
VAN RU CREDIT CORP, PO BOX 46549, LINCOLNWOOD, IL  60646-0549,  -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  _03/25/2010_         Signature:  _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134